David N. Salmon, Esq.
Nevada Bar No. 7168
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Phone (702) 382-9696
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| **WILLIAM EDDINS, JR**, an individual, | CASE No.: **2:24-CV-01912-RFB-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |
| **3829 BROADWAY, LLC**, a limited liability company, **JW MICHAEL'S SERVICES, LLC**, a limited liability company, and **HAYONG CHUNG**, an individual; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40. | |
| Defendants. | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, **WILLIAM EDDINS, JR**, and Defendant, **3829 BROADWAY, LLC**, by and through their respective counsel, if applicable, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

The scheduling order is as follows:

Discovery Cut-Off Date: **October 2, 2025**

Amending the Pleadings and Adding Parties: **June 30, 2025**

Disclose Experts: **August 1, 2025**

Disclose Rebuttal Experts: **September 2, 2025**

Dispositive Motions: **October 31, 2025**

Pretrial Order: **December 1, 2025**

The parties stipulate and agree that the above-referenced dates, as well as any remaining dates, be vacated and that the case be closed.

IT IS SO STIPULATED AND AGREED.

Date: 6-30-25

Date: 7/1/25

DAVID SALMON & ASSOCIATES, INC.

David N. Salmon (7168)
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
(702) 382-9696
dsalmon@dsalmonlaw.com
*Attorneys for Plaintiffs*

Becky A. Pintar, Esq. Nevada State Bar # 7867
PINTAR ALBISTON LLP 5510 S. Fort Apache Rd., Suite 100 Las Vegas, Nevada 89148 (702) 685-5255
becky@PintarAlbiston.com
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED this ___2___ day of June, 2025.

_____
DISTRICT COURT JUDGE

Submitted by:
DAVID SALMON & ASSOCIATES, INC.

_____
David N. Salmon (7168)
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
(702) 382-9696
*Attorneys for Plaintiff*